UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MAUREEN COFFMAN,

       Plaintiff,

       v.

JOANNE B. BARNHART,
Commissioner of Social Security,

       Defendant.

Civil No. 04-1327-PK

O R D E R

HAGGERTY, Chief Judge:

    Magistrate Judge Papak issued a Findings and Recommendation [45] in this action that recommended that the Commissioner's decision should be affirmed and that a Judgment should be prepared dismissing this action with prejudice. No objections were filed, and the case was referred to me.

1 - ORDER

The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. United States District Court*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record. This court adopts the Magistrate Judge's Findings and Recommendation.

**CONCLUSION**

The Magistrate Judge's Findings and Recommendation [45] is adopted. The Commissioner's decision is affirmed. A Judgment shall be prepared dismissing this action with prejudice.

IT IS SO ORDERED.

Dated this   16   day of May, 2006.


          /s/Ancer L.Haggerty

          Ancer L. Haggerty
          United States District Judge